IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-475-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KYMONETHY JAQUAY WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

On July 11, 2025, Kymonethy Jaquay Walker ("Walker" or "defendant"), proceeding pro se, filed a document requesting his docket entries, plea agreement, and sentencing transcripts without paying the standard fee [D.E. 77].

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Walker has failed to show a particularized need for the sentencing transcript or docket sheet.

In sum, to the extent defendant seeks to obtain his docket entries, plea agreement and sentencing transcripts without charge, the court DENIES as meritless his motion [D.E. 77].

SO ORDERED. This 20 day of February, 2026.

JAMES C. DEVER III
United States District Judge